**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| OLEN PROPERTIES CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 8:24-cv-01908-JWH-ADS |
| | ) |
| THE UNITED STATES SMALL BUSINESS ADMINISTRATION and ISABELLA CASILLAS GUZMAN in her official capacity as Administrator of the United States Small Business Administration | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, Olen Properties Corp. ("Olen"), respectfully submits this Response to the Court's Order to Show Cause Regarding Dismissal for Lack of Prosecution ("Show Cause Order") issued on December 17, 2024, and states as follows:

1. Olen filed the Complaint in this matter on September 4, 2024, and served Defendants, the United States Small Business Administration (the "SBA") and Isabella Casillas Guzman ("Guzman") – in her official capacity as the Administrator of the SBA – (collectively, "Defendants"), on September 11, 2024.

2. Pursuant to Federal Rule of Civil Procedure 4(i), Olen was also required to:

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or
>
> (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office; and
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.

*See* Fed. R. Civ. P. 4(i).

3. Olen inadvertently failed to file its proof of service on the SBA and Guzman, or serve the Attorney General of the United States and the United States Attorney's Office for the Central District of California.

4. Upon receiving the Show Cause Order, Olen took immediate action to cure the deficiencies.

5. On December 18, 2024, Olen issued service to the Attorney General of the United States via certified mail and served the United States Attorney's Office for the Central District of California, as required by Federal Rule of Civil Procedure 4(i). Affidavits of service for both the Attorney General of the United States and the United States Attorney's Office for the Central District of California are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

6. Olen has filed its proof of service to the SBA, Guzman, and the United States Attorney's Office for the Central District of California, and intends to file proof of service for the United States Attorney General upon confirmation that service has been perfected.

7. The initial deadline for Defendants to respond to the Complaint was November 12, 2024. However, because Olen has not yet completed service on all requisite entities, Olen filed a stipulation extending the time for the SBA to answer the Complaint. The stipulation has been filed concurrently with this Response to the Show Cause Order.

8. Olen respectfully notes that the delay in filing the proof of service to the SBA and Guzman, as well as serving the Attorney General of the United States and the United States Attorney's Office for the Central District of California was inadvertent and has caused no prejudice to Defendants. Olen has acted diligently to correct the oversight upon becoming aware of it.

9. In light of the service now completed and the stipulation filed extending the Defendants' time to answer, Olen respectfully requests that the Court decline to dismiss this action for lack of prosecution.

WHEREFORE, Plaintiff, Olen Properties Corp., respectfully requests that the Court discharge the Show Cause Order and permit this matter to proceed.

Respectfully submitted,

*<u>/s/ Chelsea L. Granville Reed</u>*
Chelsea L. Granville Reed (*pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street, Suite 3500
Louisville, KY 40202
(502) 587-3695
chelsea.granvillereed@dentons.com

Julie A. Ault (CA Atty No. 186914)
Kaelee Gifford (CA Atty No. 303533)
OLEN PROPERTIES CORP.
Seven Corporate Plaza
Newport Beach, CA 92660
Phone: (949) 719-7212
jault@olen.com
kgifford@olen.com

ATTORNEYS FOR PLAINTIFF,
OLEN PROPERTIES CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2024, a copy of the foregoing document was mailed by first class mail via USPS, and properly addressed to the following:

United States Small Business Administration
409 3rd St SW
Washington, DC 20416

Isabella Casillas Guzman in her official capacity as Administrator of the United States Small Business Administration
409 3rd St SW
Washington, DC 20416

E. Martin Estrada
United States Attorney's Office for the Central District of California
312 North Spring Street Suite 1200,
Los Angeles, CA 90012

Attorney General of the United States U.S. Department of Justice
950 Pennsylvania Avenue Northwest,
Washington, DC 20530

*/s/ Chelsea L. Granville Reed*

ATTORNEYS FOR PLAINTIFF,
OLEN PROPERTIES CORP.