TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN (Cal. Bar No. 300847)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-0805
E-mail: Paul.Green@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

OLEN PROPERTIES CORP.,

Plaintiff,

v.

THE UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*,

Defendants.

No. 8:24-cv-01908-JWH-ADS

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Honorable John W. Holcomb
United States District Judge

Defendants hereby notify the Court of a decision by the United States District for the District of New Jersey, *Atlantic City Linen Supply, LLC v. U.S. Small Bus. Admin.*, No. 24-CV-10937-ESK-EAH, 2026 WL 2539385 (D.N.J. Aug. 28, 2026). In that case, the District Court granted summary judgment in favor of the SBA and found that the ALJ's decision upholding SBA's denial of loan forgiveness for the plaintiff was not arbitrary and capricious. Specifically, as it pertains here, the court found that "Congress empowered the SBA to establish rules and regulations governing the Section 7(a) small business loan program. The SBA therefore had the authority to review [plaintiff's] NAICS code in its loan forgiveness application under its primary industry methodology." *Id.* at 9 (internal citation and quotation marks omitted). This finding supports Defendants' argument found in their Respondent Brief at Dkt. 47, pages 15-16.

Dated: August 29, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section

*/s/ Paul (Bart) Green*
PAUL (BART) GREEN
Assistant United States Attorney

Attorneys for Defendants